UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

ROBERT GARBER, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

-Against-

UBS AG, PETER A. WUFFLI, CLIVE STANDISH and DAVID S. MARTIN,

        Defendant.
_____

Civil Action No. 08 CV 00969 (UA)
ECF Case

**NOTICE OF APPEARANCE FOR ROBERT J. GIUFFRA, JR.**

To the Clerk of this Court and all counsel of record:

        Please enter my appearance as counsel in this action for Defendants UBS AG, Peter A. Wuffli, Clive Standish, and David S. Martin.

        I certify that I am admitted to practice in this Court.

Dated:  February 7, 2008

        Respectfully submitted,

        /s/ _____
        Robert J. Giuffra, Jr. (RG9969)
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, New York  10004
        (212) 558-3121

        *Attorney for UBS AG, Peter A. Wuffli, Clive Standish, and David S. Martin*