UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

ROBERT GARBER, Individually and ) Civil Action No. 08 CV 00969 (UA)
On Behalf of All Others Similarly ) ECF Case
Situated, )
)
              Plaintiff, )
)
      -Against- )
) **NOTICE OF APPEARANCE**
UBS AG, PETER A. WUFFLI, CLIVE ) **FOR MAITE AQUINO**
STANDISH and DAVID S. MARTIN, )
)
             Defendant. )
_____ )

To the Clerk of this Court and all counsel of record:

      Please enter my appearance as counsel in this action for Defendants UBS AG, Peter A. Wuffli, Clive Standish, and David S. Martin.

      I certify that I am admitted to practice in this Court.

Dated: February 7, 2008

                              Respectfully submitted,

                              __/s/_____
                              Maite Aquino (0030))
                              SULLIVAN & CROMWELL LLP
                              125 Broad Street
                              New York, New York 10004
                              (212) 558-4869

                              *Attorney for UBS AG, Peter A. Wuffli, Clive*
                              *Standish, and David S. Martin]*