UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT GARBER, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  -Against-<br><br>UBS AG, PETER A. WUFFLI, CLIVE STANDISH and DAVID S. MARTIN,<br><br>     Defendant. | Civil Action No. 08 CV 00969 (UA)<br>ECF Case<br><br><br><br><br><br>**NOTICE OF APPEARANCE<br>FOR SUHANA S. HAN** |

To the Clerk of this Court and all counsel of record:

  Please enter my appearance as counsel in this action for Defendants UBS AG, Peter A. Wuffli, Clive Standish, and David S. Martin.

  I certify that I am admitted to practice in this Court.

Dated: February 7, 2008

                Respectfully submitted,


                 /s/
                Suhana S. Han (SH2407)
                SULLIVAN & CROMWELL LLP
                125 Broad Street
                New York, New York 10004
                (212) 558-4647

                *Attorney for UBS AG, Peter A. Wuffli, Clive Standish, and David S. Martin*