SULLIVAN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT GARBER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UBS AG, PETER A. WUFFLI, CLIVE STANDISH and DAVID S. MARTIN,<br><br>Defendants. | NO. 08-CV-00969 (RJS)<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2/20/08 |

### STIPULATION AND [PROPOSED] ORDER FOR AN EXTENDED SCHEDULE

This Stipulation is entered into between Defendants UBS AG, Peter A. Wuffli, Clive Standish, and David S. Martin ("Defendants") and Plaintiff Robert Garber ("Plaintiff"; collectively the "Parties").

WHEREAS William L. Wesner served on Defendants a Complaint in Civil Action Number 07-cv-1125 (the "Wesner Complaint") on January 28, 2008;

WHEREAS Plaintiff served on Defendants a Complaint in this action (the "Garber Complaint") on January 29, 2008;

WHEREAS under Rule 12(a)(1)(A)(i), Defendants must answer or otherwise respond to the Garber Complaint on or before February 19, 2008;

WHEREAS the Court has pending before it the following motions seeking to consolidate the Wesner and Garber Complaints, appoint a lead plaintiff, and approve

lead plaintiff's choice of lead counsel ("Motions to Consolidate"): (1) Motion of the Institutional Investor Group for Consolidation, Appointment as Lead Plaintiff, and Approval of its Selection of Counsel, filed in 07-cv-11225 and 08-cv-00969 on February 11, 2008; (2) Motion of the Detroit Funds to Consolidate Related Actions, Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Lead Counsel, filed in 07-cv-11225 on February 11, 2008; and (3) The Global Funds Group's Motion for Appointment as Lead Plaintiff, Approval of Lead Plaintiff's Selection of Lead Counsel and Consolidation of Related Cases, filed in 07-cv-11225 on February 11, 2008;

WHEREAS the Parties believe that it will save judicial and Party resources if Defendants answer the Garber Complaint or otherwise plead after this Court has ruled on the Motions to Consolidate;

WHEREAS Defendants have not previously requested or received time for an extension to answer or otherwise plead to the Garber Complaint.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that Defendants need not answer or otherwise plead in response to the Garber Complaint on file;

IT IS FURTHER HEREBY STIPULATED AND AGREED by and between the undersigned parties to the above-captioned matter that (i) Lead Plaintiff shall have sixty (60) days from an order consolidating the complaints, appointing a lead plaintiff, and approving lead plaintiff's choice of lead counsel to serve on Defendants a consolidated complaint, (ii) Defendants shall have sixty (60) days from service of a consolidated complaint to serve an answer or other responsive pleading, (iii) Lead Plaintiff shall have sixty (60) days to serve an opposition to any pleading against the

consolidated complaint, and (iv) Defendants shall have thirty (30) days to serve a reply to such opposition.

Dated: February 15, 2007

*Maite Aquino, mas*
Robert J. Giuffra, Jr. (RG-9969)
Maite Aquino (MA-0030)
Suhana S. Han (SH-2407)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for UBS AG, Peter A. Wuffli, Clive Standish, and David S. Martin*

Respectfully Submitted,

*Curtis V. Trinko*
Curtis V. Trinko (CT-1838)
Wai K. Chan (WC-0743)
LAW OFFICES OF CURTIS V. TRINKO, LLP
16 West 64th Street, 7th Floor
New York, New York 10036
Telephone: (212) 490-9550
Facsimile: (212) 986-0158

*Attorneys for Robert Garber*

So ordered on this ___ day of February 2008

The Honorable Richard J. Sullivan
United States District Court Judge   2/19/08