UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |
|---|---|
| ROBERT GARBER, Individually and On Behalf of All Others Similarly Situated, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| -Against- | ) <br> ) |
| UBS AG, PETER A. WUFFLI, CLIVE STANDISH and DAVID S. MARTIN, | ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

Civil Action No. 08 CV 00969 (RJS)
ECF Case

**NOTICE OF APPEARANCE
FOR MATTHEW A. SCHWARTZ**

_____ )

To the Clerk of this Court and all counsel of record:

　　　　Please enter my appearance as counsel in this action for Defendants UBS AG, Peter A. Wuffli, Clive Standish, and David S. Martin.

　　　　I certify that I am admitted to practice in this Court.

Dated:  February 26, 2008

Respectfully submitted,

　/s/_____
Matthew A. Schwartz (MS8359)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-3121

*Attorney for UBS AG, Peter A. Wuffli, Clive
Standish, and David S. Martin*